**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 16-56526 |
| | : | Chapter 7 (Judge Caldwell) |
| Fox Mechanical Co. | : | |
| | : | |
| | : | |
| | : | |
| Debtor. | : | |

## REPORT OF SALE

Susan L. Rhiel, Trustee represents that she sold property of the bankruptcy estate through a private sale pursuant to an Order of the Court entered on May 2, 2017 [Doc. #78]. Pursuant to Rule 6004-1(b)(2) of the Local Bankruptcy Rules, the Trustee reports as follows:

**Property Sold**:   Business assets of the Debtor

**Buyer**:   Accurate Mechanical Co.

**Date of Sale**:   May 3, 2017

**Place of Sale**:   Sale documents sent to Buyer via overnight mail; sales proceeds received via wire transfer

**Sale Price**:   $375,000.00

**Expenses of Sale**:   Pursuant to the Sale Order, the Trustee satisfied secured claims to Ford Motor Credit Company, LLC and PNC Bank, NA on three vehicles for total disbursements of $60,277.18.

Respectfully submitted,

**LEVINSON LLP**
/s/ Susan L. Rhiel
Susan L. Rhiel, Esq. (0034533)
P.O. Box 307337
Columbus, Ohio 43230
Telephone: (614) 269-7348
Facsimile: (614) 227-0326
pleadings@jml-legal.com
Attorneys for Trustee

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Report of Sale was served upon the parties listed below either through the Court's ECF system or ordinary U.S. mail, postage prepaid as indicated on May 4, 2017.

/s/ Susan L. Rhiel_____
Susan L. Rhiel (0034533)

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Thomas R Allen     allen@aksnlaw.com, doan@aksnlaw.com
- Asst US Trustee (Col)     ustpregion09.cb.ecf@usdoj.gov
- Edward A Bailey     bknoticesouth@reimerlaw.com
- Thomas R Merry     tmerry@thomasmerrylaw.com
- Susan L Rhiel     pleadings@jml-legal.com, oh57@ecfcbis.com;sr@trustesolutions.net
  Maria Mariano Guthrie   mguthrie@cpmlaw.com
  Thomas J. Griffith tgriffith@mgplaborlaw.com